UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION



2016 MAY 26  PM 2: 12

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Cause No. 3:16-cr-24 - RLY-MPB |
| ) | |
| GARY WALTER BEDNAR,  ) | -01 |
| ) | |
| CODY NICHOLAS COWAN,  ) | -02 |
| ) | |
| Defendants.  ) | |

# I N D I C T M E N T

## Count 1

[18 USC §922(g)(1)- Possession of a Firearm by a Convicted Felon]

The Grand Jury charges that:

On or about March 30, 2016, in Vanderburgh County, in the Southern District of Indiana, GARY WALTER BEDNAR, defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit:   a FEG, Model PA63, 9x18 caliber pistol, bearing serial number AR4022, after having been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, to wit: felony Possession of Methamphetamine in Vanderburgh County, Indiana under cause number 82C01-0810-FD-1061 on or about February 9, 2009; felony Possession of a Controlled Substance and felony Possession of Methamphetamine in Vanderburgh County, Indiana under cause number 82D03-1302-FD-184 on or about May 7, 2013; and felony Strangulation in

Vanderburgh County, Indiana, under cause number 82D02-1307-FC-869 on or about October 8, 2013.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

## Count 2

[18 USC §922(g)(1)- Possession of a Firearm by a Convicted Felon]

The Grand Jury further charges that:

Between on or about November 13, 2015 and March 30, 2016, in Vanderburgh County, in the Southern District of Indiana, CODY NICHOLAS COWAN, defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit:   a FEG, Model PA63, 9x18 caliber pistol, bearing serial number AR4022, after having been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, to wit: felony Possession of Marijuana and felony Possession of a Controlled Substance, in Vanderburgh County, Indiana, under cause 82C01-1103-FD-314 on or about May 25, 2011; felony Possession of a Controlled Substance, in Vanderburgh County, Indiana, under cause 82D02-1105-FD-557 on or about November 16, 2011; and felony Dealing in Methamphetamine and felony Dealing in a Synthetic Drug, in Vanderburgh County, Indiana, under cause 82D02-1212-FB-1523 on or about May 10, 2013.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2.      Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3.      The property subject to forfeiture includes, but is not necessarily limited to:

      A.      Five rounds of .380 caliber ammunition.

      B.      One FEG, Model PA63, 9x18 caliber pistol, bearing serial number AR4022.

4.      The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

      A.      cannot be located upon the exercise of due diligence;

      B.      has been transferred or sold to, or deposited with, a third party;

      C.      has been placed beyond the jurisdiction of the court;

D.    has been substantially diminished in value; or

E.    has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

by:    _____
Pamela Domash
Assistant United States Attorney

by:    _____
Todd Shellenbarger
Assistant United States Attorney